IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-00191-KS

| | |
|---|---|
| MARILYN ANN BELLAMY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER GRANTING DEFENDANT'S |
| v. | ) MOTION TO APPEAR BY |
| | ) VIDEO CONFERENCING |
| NANCY A. BERRYHILL, | ) |
|   Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Upon consideration of Defendant's consented to Motion to Appear by Video Conferencing for the hearing scheduled on July 12, 2018, at 1:30 pm, it is hereby ORDERED that Defendant's motion is GRANTED.

SO ORDERED this 31st day of May 2018.

_____
Kimberly A. Swank
United States Magistrate Judge