UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MARILYN BELLAMY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>*Acting Commissioner of Social Security,* )<br>    Defendant. )<br>) | **JUDGMENT**<br><br>Case No. 7:17-CV-191-KS |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** the Plaintiff's Motion for Judgment on the Pleadings [DE-16] is GRANTED, Defendant's Motion for Judgment on the Pleadings [DE-20] is DENIED and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on March 19, 2019, with electronic service upon:

Kristin Oakley *Counsel for Plaintiff*
Mark Goldenberg, *Counsel for Defendant*

                                                **PETER A. MOORE, JR.**
                                                CLERK, U.S. DISTRICT COURT

DATE: MARCH 19, 2019                     /s/ *Shelia Foell*
                                                (By): Shelia Foell, Deputy Clerk