UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MARILYN BELLAMY,
    Plaintiff,

v.

NANCY BERRYHILL,
*Acting Commissioner of Social Security,*
    Defendant.

**JUDGMENT**

Case No. 7:17-CV-191-KS

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the stipulation and agreement for attorney fees.

IT IS ORDERED, ADJUDGED AND DECREED that Commissioner of Social Security pay to Plaintiff's counsel, the sum of $3,900.00 in attorney fees. If the award to Plaintiff is not subject to the Treasury Offset Program, payment is to be made by check payab1e to P1aintiff's counsel, Kristin G. Oakley.

This judgment filed and entered on June 5, 2019, with *electronic service* upon:

**Kristin Oakley**
*Counsel for Plaintiff*

**Cassia Parson**
**Mark Goldenberg**
*Counsel for Defendant*

    **PETER A. MOORE, JR.**
    **CLERK, U.S. DISTRICT COURT**

June 5, 2019      /s/ *Shelia D. Foell*
    (By): Shelia D. Foell, Deputy Clerk